# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.                                                         Case No. 6:07-cr-153-Orl-28DAB

**MICHAEL J. CLENAGHAN**

| | | | |
|---|---|---|---|
| **JUDGE:** | John Antoon II | **COUNSEL FOR GOVT:** | Vincent Citro |
| **DEPUTY CLERK:** | Darleen Darley | **COUNSEL FOR DEFT(S):** | Bruce A. Nants |
| **COURT REPORTER:** | Anthony Rolland | **PRETRIAL/PROBATION:** | Mark Jacoby |
| **DATE/TIME:** | March 14, 2008 1:35-1:55 p.m. | **INTERPRETER:** | None |

## CLERK'S MINUTES ON CRIMINAL SENTENCING

Defendant is adjudged guilty on Count One of the Indictment.

Motion for Court to recognize defendant's substantial assistance (Doc. No. 89)    Granted.

IMPRISONMENT:    32 Months.

Court Recommends:    That defendant participate in the drug rehabilitation program while incarcerated within the Bureau of Prisons and that defendant be confined at Coleman, FCI Florida or another institution within the State of Florida.

Supervised Release:    5 Years.

MANDATORY DRUG TESTING requirements are: Imposed.

Special Conditions of Supervised Release are:

    Participate in a program for treatment of narcotic addiction or drug or alcohol dependency.

    Community Service Program:    Perform 150 hours in lieu of paying a fine.

    Cooperate in the collection of DNA, as directed by the Probation Officer.

Fine and costs of imprisonment/supervision:    Waived.

Special Assessment:    $100.00.

DISMISSED COUNTS:    Two of the Indictment on the motion of U.S. Attorney.

Defendant is remanded to the custody of the U.S. Marshal.

Additional remarks:    Defendant is advised of right to appeal.